UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DANIEL POLANCO,

                Plaintiffs,                Case No. 08 CV5028(SHS)(KLE)

    - against –                  **JURY DEMAND**

PICCININNI, INC. AND PETER PICCININNI

               Defendant
------------------------------------------------------X
COUNSELORS:

    PLEASE TAKE NOTICE, that the plaintiffs in the above matter hereby demand a jury trial.

Dated: New York, NY
       June 11, 2008

                                      ANTHONY J. CUGINI, JR., ESQ.P.C.

                                      By:_____/s/_____
                                        ANTHONY J. CUGINI - 2470
                                        Attorneys for Plaintiffs
                                        201 W. 91st Street,
                                        New York, NY 10024
                                        (212) 580-6806

TO:
Bennett, Giuliano, McDonnell & Perrone, LLP.
494 Eighth Avenue, 7th Floor
New York, N.Y. 10001