```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DANIEL POLLANCO,                       :       08 Civ. 5028 (SHS)

                Plaintiff,         :

    -against-                         :       ORDER

PICCININNI, INC., and PETER PICCININNI,  :

                Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference will be held on July 24, 2008, at 10:00 a.m.

Dated: New York, New York
       July 10, 2008

                          SO ORDERED:

                          _____
                          Sidney H. Stein, U.S.D.J.