> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DANIEL POLANCO,

              Plaintiff,

   -against-

PICCININNI, INC. and PETER PICCININNI,

              Defendants.
---------------------------------------------------------------x

08 Civ. 5028 (SHS) (RLE)

**STIPULATION AND ORDER OF REMAND TO SUPREME COURT, BRONX COUNTY**

**IT IS HEREBY STIPULATED AND AGREED** by and among counsel for the parties hereto that pursuant to 28 U.S.C. § 1447(c), the within matter be and the same hereby is remanded to Supreme Court, Bronx County, to proceed as previously filed under Index Number 302654/08, and the Clerk is directed to take all appropriate steps to effect this remand, including mailing a certified copy of this Order of remand to the Clerk, Supreme Court, Bronx County and thereafter closing this case.

Dated: July __, 2008

ANTHONY J. CUGINI, JR., ESQ. P.C.
Attorneys for Plaintiff

By: Anthony J. Cugini, Jr. (AC 2470)
201 West 91st St.
New York, NY 10024
Telephone: (212) 580-6806

BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
Attorneys for Defendants

By: William R. Bennett, III (WB 1368)
494 Eighth Avenue, 7th Floor
New York, NY 10001
Telephone: (646) 328-0120

7/22/08

SO ORDERED: _____
                              U.S.D.J.