```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DANIEL POLANCO,                             :        08 Civ. 5028 (SHS)

                  Plaintiff,            :

       -against-                                  :        ORDER

PICCININNI, INC., *ET ANO*,                 :

                  Defendants.           :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       In light of the stipulation and order of remand to Supreme Court, Bronx Count filed today,

       IT IS HEREBY ORDERED that plaintiff's motion to remand this action to the Supreme Court [7] is dismissed as moot.

Dated: New York, New York
       July 22, 2008

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.